# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WALID A. MUHAMMAD,  :  <br> Plaintiff,  : <br> : <br> v.  : <br> : <br> C.O. GRAY, et al.,  : <br> Defendants  : | No. 1:18-cv-1412 <br><br> (Judge Kane) |

# ORDER

**AND NOW**, on this 21st day of January 2020, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Defendant Linsinbigler's motion for summary judgment (Doc. No. 57) is **GRANTED**, and the Clerk of Court is directed to defer the entry of judgment in favor of Defendant Linsinbigler until the conclusion of the above-captioned case;

2. Defendant Grant is **DISMISSED WITHOUT PREJUDICE** from the above-captioned case pursuant to 28 U.S.C. §§ 1915A(b)(1) & 1915(e)(2)(B)(ii);

3. Plaintiff's remaining claims against Defendants Gray, Lowery, and Jennings are **REFERRED** to the Court's Prisoner Litigation Settlement Program;

4. Joseph Barrett, Esq., the ADR Coordinator for the Middle District of Pennsylvania, is **APPOINTED** to serve as mediator;

5. All settlement discussions are confidential and may not be utilized by any party if settlement is not reached;

6. In order to reduce cost, time, expense, inconvenience, and to suitably address institutional security concerns, counsel for the Defendants and the mediator will coordinate with officials for the Pennsylvania Department of Corrections to schedule video-conference mediation sessions with Plaintiff at mutually convenient times, and in a manner that comports with the needs and concerns of prison officials;

7. The parties shall complete mediation within sixty (60) days of the date of this Order; and

8. The parties and the mediator shall promptly notify the Court in writing if this case is resolved through mediation.

s/ Yvette Kane  
Yvette Kane, District Judge  
United States District Court  
Middle District of Pennsylvania